**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
CARLOS ROBERTO ALLEN JR.                : Chapter 13 Case No. 19-00783 SMT
    Debtor                              :

**ORDER DENYING CONFIRMATION OF THE CHAPTER 13 PLAN**

Having held a hearing on the Chapter 13 Plan proposed by the Debtor(s) and having concluded that the proposed Plan does not fulfill the requirements of confirmation set out in 11 U.S.C. §1325, it is, by the United Bankruptcy Court for the District of Columbia,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor(s) is denied.

cc:    Carlos Roberto Allen, Jr.
       1715 Kilbourne Pl, NW
       Washington, DC 20010

       Rebecca A. Herr
       185 Admiral Cochrane Dr, Suite 240
       Annapolis, MD 21401